IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| TERRANCE HUFF and<br>JON SEATON,<br><br>      Plaintiffs,<br><br>      v.<br><br>CITY OF COLLINSVILLE and<br>Collinsville Police Officer<br>MICHAEL REICHERT,<br><br>      Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)  No: 12-cv-596 MJR-PMF<br>)<br>)<br>)<br>)<br>)<br>) |

## STIPULATION FOR DISMISSAL

It is stipulated by and between the parties that the Settlement Agreement negotiated during the April 8, 2014 settlement conference with U. S. Magistrate Judge Philip M. Frazier has been fully consummated. Accordingly, the parties stipulate that the final Order of Dismissal with prejudice identified in the "60-Day Order" (Doc. 75) and Fed.R.Civ.P. 58 judgment may be entered at this time should the Court so direct.

| | |
|---|---|
| TERRANCE P. HUFF and<br>JON M. SEATON<br><br>By: s/Louis J. Meyer (with consent)<br>Louis J. Meyer<br>Meyer & Kiss, LLC<br>53 West Jackson Blvd., Suite 856<br>Chicago, IL 60604<br>(312) 765-0100<br>Fax: (312) 765-0104<br>louis.meyerkisslaw@gmail.com | CITY OF COLLINSVILLE, ILLINOIS<br>and MICHAEL REICHERT<br><br>By: s/James C. Cook<br>James C. Cook<br>Walker and Williams, P.C.<br>4343 West Main Street<br>Belleville, Illinois 62226<br>(618) 277-1000<br>Fax: (618) 233-1637, (618) 277-9104<br>jcc@wawpc.net |

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| TERRANCE HUFF and <br> JON SEATON, <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF COLLINSVILLE and <br> Collinsville Police Officer <br> MICHAEL REICHERT, <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> )    No: 12-cv-596 MJR-PMF <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

### CERTIFICATE OF SERVICE

    I hereby certify that on April 24, 2014 I electronically filed Stipulation for Dismissal with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Daniel Phillip Kiss
Meyer & Kiss, LLC
53 West Jackson Blvd., Suite 856
Chicago, IL 60604
dankiss@meyerkiss.com

Louis J. Meyer
Meyer & Kiss, LLC
53 West Jackson Blvd., Suite 856
Chicago, IL 60604
louis.meyerkisslaw@gmail.com

Joseph E. Martineau
Lewis, Rice & Fingersh
600 Washington Avenue, Suite 2500
St. Louis, MO 63101
jmartineau@lewisrice.com

Steven C. Giacoletto
Giacoletto & Johnston
1601 Vandalia Street
Collinsville, IL 62234
sgiacoletto@scglawoffice.com

                s/James C. Cook
                James C. Cook
                Walker and Williams, P.C.
                4343 West Main Street
                Belleville, Illinois 62226
                (618) 277-1000
                Fax: (618) 233-1637, (618) 277-9104
                Email:  jcc@wawpc.net