# United States District Court
## for the
## Southern District of Illinois

| | |
|---|---|
| TERRANCE HUFF and JON SEATON, | ) ) ) ) |
| Plaintiffs, | ) ) Case Number: 12-cv-596 MJR-PMF |
| v. | ) ) ) |
| CITY OF COLLINSVILLE and Collinsville Police Officer MICHAEL REICHERT, | ) ) ) ) |
| Defendants. | ) ) ) |

### JUDGMENT IN A CIVIL ACTION

Pursuant to the Order dated April 8, 2014, (reflecting the parties settlement) and Joint Stipulation of Dismissal dated April 24, 2014, this case is dismissed with prejudice.

Dated: April 25, 2014

NANCY J. ROSENSTENGEL, Clerk
s/ Debbie DeRousse
Deputy Clerk

Approved: s/Michael J. Reagan
Michael J. Reagan, U.S. District Judge